Frank A. Grooss and Louis D. Glanz, appellants, v. Frieda Wretzky et al., appellees. Gen. No. 39,684.

Opinion filed December 6, 1937.

Jacob Levy, for appellants. Marshall & Marshall, for appellee R. Heyen.

Mr. Presiding Justice O'Connor delivered the opinion of the court.

Josephine Stevens et al., appellants, v. West Town State Bank et al., defendants. Cameron Barber and Thomas B. Roberts, appellees. Gen. No. 39,488.

Opinion filed December 6, 1937.

John C. DeWolfe and Robert E. Dowling, for appellants; Fred Albert, of counsel. Edmund D. Adcock and John W. Day, for appellee Cameron Barber. Francis L. Boutell, for appellee Thomas B. Roberts; William E. Beckman, of counsel.

Mr. Justice Matchett delivered the opinion of the court.

Margaret Delyda, administratrix of estate of Anton Delyda, appellee, v. Metropolitan Life Insurance Company, appellant. Gen. No. 39,531.

Opinion filed December 6, 1937.

Hoyne, O'Connor & Rubinkam, for appellant; Nathaniel Rubinkam and William S. Allen, of counsel. Earl J. Walker, for appelllee.

Mr. Justice Matchett delivered the opinion of the court.